UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK J. FULLER,<br><br>               Plaintiff,<br><br>   v.<br><br>KITSAP COUNTY, et al.,<br><br>               Defendants. | CIVIL JUDGMENT<br><br>CASE NO. CV16-5407BHS |

__XX__   **JURY VERDICT.**   This action came to consideration before the Court for a trial by jury. The issues have been considered and a decision has been rendered.

NOW, THEREFORE, the Jury has found in favor of Defendants Kitsap County, Deputy Matthew Hill and Jane Doe Hill.

Dated this 1st day of December, 2017.

                                              William M. McCool
                                              Clerk of Court

                                              Gretchen Craft, Deputy Clerk

Judgment - 1